IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE KIMBROW (IN RE: ROCHELLE HAYNES)

vs

CASE NO 05-35019
CHAPTER: 13

DATE: September 14, 2011
PLACE: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Brian Dilks            Fails to Appear

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:** Application for Unclaimed Funds

**MINUTES OF COURT:**

Case is called for hearing on the Application for Unclaimed Funds filed by Interested Party WIllie Kimbrow. The Application is Granted.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**