# Notice Recipients

District/Off: 0754–3         User: kw                 Date Created: 9/14/2011
Case: 05–35019–kjm           Form ID: pdf900          Total: 9

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee         USTPRegion10.es.ecf@usdoj.gov
tr     Robert E Eggmann              reetrustee@demlawllc.com
aty    Robert E Eggmann              reggmann@demlawllc.com
aty    William A Mueller – Mueller Associates      belleville@tbcwam.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rochelle R Haynes      805 N. 24th Street     East Saint Louis, IL 62205
intp   Willie Kimbrow         805 N 24th St          East St Louis, IL 62205
       Sean Kimbrow           805 N 24th St          East St Louis, IL 62205
       Brian Dilks            1760 Newport Way NW    PO Box 2728       Issaquah, WA 98027
       Gerald Burke           US Attorney's Office   9 Executive Dr    Fairview Heights, IL 62208

TOTAL: 5